COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| THOMAS LEONARD, | § | No. 08-15-00163-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS. | § | of El Paso County, Texas |
| State. | § | (TC# 20110D02415) |
|  | § |  |

# O R D E R

Pending before the Court is Appellant's motion to abate appeal. Appellant first argues that the trial court has not entered a written order denying his request for reduce the appeal bond. The reporter's record of a hearing held on April 17, 2015 reflects that the trial court denied Appellant's request to reduce the appeal bond. The trial court's ruling is appealable even in the absence of a written order. Second, Appellant complains that this appeal is subject to dismissal because the trial court did not enter a written certification of Appellant's right to appeal. The trial court entered a written certification in cause number 20110D02415 and that certification has been made part of the record in the related appeal, cause number 08-14-00139-CR. We conclude that the certification is effective for both appeals. The District Clerk of El Paso County is ordered to file a supplemental clerk's record in cause number 08-15-00163-CR containing the trial court's certification of Appellant's right to appeal. The supplemental clerk's record is due to be filed no later than September 28, 2015. Third, Appellant asserts that he was not advised of his right to appeal the court's ruling on the appeal bond. Appellant timely filed a notice of appeal from the court's ruling on the appeal bond. Fourth, Appellant argues that the trial court did not conduct an evidentiary hearing on his motion to reduce the appeal bond. The trial court conducted a hearing on Appellant's motion. Whether the trial court committed an error during the hearing or in its ultimate ruling on the appeal bond are issues which Appellant may raise in his brief. Appellant's motion to abate the appeal is DENIED.

IT IS SO ORDERED this 18th day of September, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.